**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**AMY E. COLLIER and**
**MATTHEW S. COLLIER,**
**Her husband,**

**Plaintiffs,**

**v.** **CIVIL NO. 2:22-CV-22**
**(KLEEH)**

**SNOWSHOE MOUNTAIN, INC.;**
**AL TERRA MOUNTAIN COMPANY;**
**AL TERRA MOUNTAIN COMPANY U.S. INC.;**
**INTRA WEST SNOWSHOE DEVELOPMENT, INC.;**
**KSL CAPITAL PARTNERS, LLC, d/b/a**
**KSL CAPITAL PARTNERS;**
**KSL CAPITAL PARTNERS CO FUND GP, LLC;**
**KSL CAPITAL PARTNERS II GP, LLC;**
**KSL CAPITAL PARTNERS III GP, LLC;**
**KSL CAPITAL PARTNERS IV GP, LLC;**
**HENRY CROWN AND COMPANY; and**
**HENRY CROWN AND COMPANY S LLC;,**

**Defendants.**

**ORDER OF DISMISSAL**

On February 24, 2023, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs submitted a stipulation of dismissal without prejudice of all defendants except Defendant Snowshoe Mountain, Inc. Accordingly, the following defendants are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the style of this action: (1) Alterra Mountain Company; (2) Alterra Mountain Company U.S. Inc.; (3) Intrawest Snowshoe Development, Inc.; (4) KSL Capital Partners, LLC, d/b/a KSL Capital Partners; (5) KSL Capital Partners CO Fund GP, LLC; (6) KSL Capital

Partners II GP, LLC; (7) KSL Capital Partners III GP, LLC; (8) KSL Capital Partners IV GP, LLC; (9) Henry Crown and Company; and (10) Henry Crown and Company S LLC.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** March 3, 2023

Tom S Kleeh

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA