**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

AMY E. COLLIER and MATTHEW S.
COLLIER, her husband,

Plaintiffs,

v. Case No. 2:22-cv-22 (Kleeh)

SNOWSHOE MOUNTAIN, INC.;
ALTERRA MOUNTAIN COMPANY;
ALTERRA MOUNTAIN COMPANY U.S. INC.;
INTRAWEST SNOWSHOE DEVELOPMENT, INC.;
KSL CAPITAL PARTNERS, LLC, d/b/a
KSL CAPITAL PARTNERS;
KSL CAPITAL PARTNERS CO FUND GP, LLC;
KSL CAPITAL PARTNERS II GP, LLC;
KSL CAPITAL PARTNERS III GP, LLC;
KSL CAPITAL PARTNERS IV GP, LLC;
HENRY CROWN AND COMPANY; and
HENRY CROWN AND COMPANY S LLC;

Defendants.

**DISMISSAL ORDER**

This day came the plaintiffs, Amy E. Collier and Matthew S. Collier, by their attorneys of record, Peter D. Friday and Friday & Cox LLC, and came the defendants Snowshoe Mountain, Inc.; Alterra Mountain Company; Alterra Mountain Company U.S., Inc.; Intrawest Snowshoe Development, Inc.; KSL Capital Partners, LLC, d/b/a KSL Capital Partners; KSL Capital Partners Co Fund GP, LLC; KSL Capital Partners II GP, LLC; KSL Capital Partners III GP, LLC; KSL Capital Partners IV GP, LLC; Henry Crown and Company; and Henry Crown and Company S LLC, by their attorneys of record, Robert M. Steptoe, Jr. and Steptoe & Johnson PLLC, at which time the plaintiffs and the defendants, by counsel, jointly advised the Court that all matters in controversy have been settled, and jointly moved that this civil action be dismissed, with prejudice, each party to bear its own costs of litigation, including attorney fees.

There being no objection to said joint motion for dismissal with prejudice, and the Court perceiving none, it is hereby ORDERED that this civil action be, and is hereby, DISMISSED with prejudice, with each party to bear its own costs of litigation, including attorney fees. It is further ORDERED that the Clerk of the United States District Court for the Northern District of West Virginia provide a certified copy of this Order to counsel for both parties.

ENTER: April 28, 2025

Tom S Kleeh

Honorable Thomas S. Kleeh

Respectfully submitted this the 24th day of April, 2025.

Prepared by:

s/ Robert M. Steptoe, Jr.
Robert M. Steptoe, Jr. (WV Bar ID # 3605)
John R. Merinar, Jr. (WV Bar ID #6080)
Amy Smith (WV Bar ID #6454)
STEPTOE & JOHNSON PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Office: (304) 933-8000

*Counsel for Defendant Snowshoe Mountain, Inc., Alterra Mountain Company, Alterra Mountain Company U.S., Inc., Intrawest Snowshoe Development, Inc.; KSL Capital Partners, LLC, d/b/a KSL Capital Partners; KSL Capital Partners Co Fund GP, LLC; KSL Capital Partners II GP, LLC; KSL Capital Partners III GP, LLC; KSL Capital Partners IV GP, LLC; Henry Crown and Company; and Henry Crown and Company S LLC*

Agreed to by:

s/ Peter D. Friday (by RMS w/ permission)
Peter D. Friday
Friday & Cox LLC
1405 McFarland Road
Pittsburgh, PA 15216
Office: (412) 561-4290

*Counsel for Plaintiffs*